No. 03–620.  ARMALY, AKA MILLER v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 03–628.  MANGANO v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 03–639.  SINGH v. POTTER, POSTMASTER GENERAL.  C. A. 9th Cir.  Certiorari denied.

No. 03–650.  DEVLIN ET AL. v. SCARDELLETTI ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 03–655.  WHEELER v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 03–5436.  EDMOND v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 03–5567.  MCCLURE v. BELLEQUE, SUPERINTENDENT, OREGON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 03–5759.  THOMPSON v. BELL, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 03–6044.  CANALES v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 03–6047.  NUTH v. CALIFORNIA; and
No. 03–6658.  MENH v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 03–6130.  IVY v. PONTESSO.  C. A. 9th Cir.  Certiorari denied.

No. 03–6148.  QUINONES ET AL. v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 03–6268.  COX v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 03–6426.  WASHINGTON v. MCGINNIS.  C. A. 6th Cir.  Certiorari denied.